AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:  SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
AUG 13 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S**

▶ PEDRO GUZMAN-MORENO, aka Pedro Moreno-Guzman

DISTRICT COURT NUMBER

**CR08-537 SBA**

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form  JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  AUSA GARTH HIRE

**DEFENDANT**

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction } ☐ Federal ☒ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                Before Judge:

Comments:

PENALTY SHEET ATTACHMENT

*UNITED STATES v. PEDRO GUZMAN-MORENO AND RAFAEL MORENO-LOPEZ*

COUNT ONE
Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine
(21 U.S.C. §§ 846, 841(b)(1)(A)(viii))

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction NOT FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 10 Years Imprisonment |
| Fine: | Maximum $4,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 5-Year Term of Supervised Release |
| Special Assessment: | $100 |

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 20 Years Imprisonment (1 prior)<br>Mandatory Minimum Life Imprisonment (2 priors) |
| Fine: | Maximum $8,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 10-Year Term of Supervised Release |
| Special Assessment: | $100 |

COUNT TWO
Possession with Intent to Distribute Methamphetamine
(21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii))

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction NOT FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 10 Years Imprisonment |
| Fine: | Maximum $4,000,000 |

| | |
|---|---|
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 5-Year Term of Supervised Release |
| Special Assessment: | $100 |

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 20 Years Imprisonment (1 prior)<br>Mandatory Minimum Life Imprisonment (2 priors) |
| Fine: | Maximum $8,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 10-Year Term of Supervised Release |
| Special Assessment: | $100 |

## COUNT THREE
### Using, Carrying, Possessing a Firearm During and in Relation to and in Furtherance of a Drug Trafficking Crime
### (18 U.S.C. § 924(c)(1)(A)(i))

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 5 Years Consecutive |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 5-Year Term of Supervised Release |
| Special Assessment: | $100 |

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
AUG 13 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S.**

▶ RAFAEL MORENO-LOPEZ, aka Rafael Lopez-Moreno

DISTRICT COURT NUMBER

CR 08-537  SBA

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    JOSEPH P. RUSSONIELLO

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    AUSA GARTH HIRE

**DEFENDANT**

IS *NOT* IN CUSTODY
  Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☒ On this charge
5) ☐ On another conviction    ☐ Federal ☒ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer  ☐ Yes    If "Yes" give date
been filed?   ☐ No     filed

DATE OF ARREST ▶    Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED ▶    Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

# PENALTY SHEET ATTACHMENT

## UNITED STATES v. PEDRO GUZMAN-MORENO AND RAFAEL MORENO-LOPEZ

### COUNT ONE
**Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine**
**(21 U.S.C. §§ 846, 841(b)(1)(A)(viii))**

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction NOT FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 10 Years Imprisonment |
| Fine: | Maximum $4,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 5-Year Term of Supervised Release |
| Special Assessment: | $100 |

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 20 Years Imprisonment (1 prior)<br>Mandatory Minimum Life Imprisonment (2 priors) |
| Fine: | Maximum $8,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 10-Year Term of Supervised Release |
| Special Assessment: | $100 |

### COUNT TWO
**Possession with Intent to Distribute Methamphetamine**
**(21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii))**

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction NOT FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 10 Years Imprisonment |
| Fine: | Maximum $4,000,000 |

| | |
|---|---|
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 5-Year Term of Supervised Release |
| Special Assessment: | $100 |

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) FILED*:

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 20 Years Imprisonment (1 prior)<br>Mandatory Minimum Life Imprisonment (2 priors) |
| Fine: | Maximum $8,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 10-Year Term of Supervised Release |
| Special Assessment: | $100 |

## COUNT THREE
### Using, Carrying, Possessing a Firearm During and in Relation to and in Furtherance of a Drug Trafficking Crime
### (18 U.S.C. § 924(c)(1)(A)(i))

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 5 Years Consecutive |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 5-Year Term of Supervised Release |
| Special Assessment: | $100 |

# United States District Court   E-filing

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## CRIMINAL DIVISION
### VENUE: OAKLAND

---

UNITED STATES OF AMERICA,

V.

PEDRO GUZMAN-MORENO,
aka Pedro Moreno-Guzman, and
RAFAEL MORENO-LOPEZ,
aka Rafael Lopez-Moreno,

CR08-537 SBA

DEFENDANT.

---

# INDICTMENT

21 U.S.C. §§ 846, 841(b)(1)(A)(viii) – Conspiracy to Distribute and Possess With Intent to Distribute Methamphetamine; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) – Possession with Intent to Distribute Methamphetamine; 18 U.S.C. § 924(c)(1)(A)(i) – Using, Carrying, and Possessing a Firearm During and in Relation to, and in Furtherance of, a Drug Trafficking Crime

---

A true bill.

_____ Foreman

Filed in open court this ___13___ day of AUGUST 2008

_____ Clerk

Bail, $ No bail arrest warrants.

Wayne D. Brazil  8/13/08

1 | JOSEPH P. RUSSONIELLO (CABN 44332)
  | United States Attorney

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PEDRO GUZMAN-MORENO,<br>  aka Pedro Moreno-Guzman, and<br>RAFAEL MORENO-LOPEZ,<br>  aka Rafael Lopez-Moreno,<br><br>Defendants. | No. CR 08-537 SBA<br><br>VIOLATIONS: 21 U.S.C. §§ 846, 841(b)(1)(A)(viii) – Conspiracy to Distribute and Possess With Intent to Distribute Methamphetamine; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) – Possession with Intent to Distribute Methamphetamine; 18 U.S.C. § 924(c)(1)(A)(i) – Using, Carrying, and Possessing a Firearm During and in Relation to, and in Furtherance of, a Drug Trafficking Crime<br><br>OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:   (21 U.S.C. §§ 846, 841(b)(1)(A)(viii) – Conspiracy to Distribute and Possess With Intent to Distribute Methamphetamine)

On or about August 12, 2008, in the Northern District of California, the defendants,

PEDRO GUZMAN-MORENO,
aka Pedro Moreno-Guzman, and
RAFAEL MORENO-LOPEZ,
aka Rafael Lopez-Moreno,

did knowingly and intentionally conspire to distribute and possess with intent to distribute, a

Schedule II controlled substance, namely, at least 500 grams of a mixture and substance

INDICTMENT

1

containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Sections 846, 841(b)(1)(A)(viii).

COUNT TWO:    (21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) – Possession with Intent to Distribute Methamphetamine)

On or about August 12, 2008, in the Northern District of California, the defendants,

PEDRO GUZMAN-MORENO,
aka Pedro Moreno-Guzman, and
RAFAEL MORENO-LOPEZ,
aka Rafael Lopez-Moreno,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, namely, at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii).

COUNT THREE:    (18 U.S.C. § 924(c)(1)(A)(i) – Using, Carrying, and Possessing a Firearm During and in Relation to, and in Furtherance of, a Drug Trafficking Crime)

On or about August 12, 2008, in the Northern District of California, the defendants,

PEDRO GUZMAN-MORENO,
aka Pedro Moreno-Guzman, and
RAFAEL MORENO-LOPEZ,
aka Rafael Lopez-Moreno,

did knowingly and intentionally use, carry, and possess a firearm, namely, a Smith & Wesson, .357 revolver, during and in relation to, and in furtherance of, drug trafficking crimes, namely, conspiracy to distribute, and to possess with intent to distribute, methamphetamine, as charged in count one of this indictment, and possession with intent to distribute methamphetamine, as

///
///
///

INDICTMENT

2

1 | charged in count two of this indictment, in violation of Title 18, United States Code, Section
2 | 924(c)(1)(A)(i).
3 | DATED:                          A TRUE BILL.
4 | 8-13-08
5 |
6 |                                  FOREPERSON
7 | JOSEPH P. RUSSONIELLO
   | United States Attorney
8 |
9 |
   | W. DOUGLAS SPRAGUE
10 | Chief, Oakland Branch
11 |
   | (Approved as to form: _____ )
12 |                       AUSA GARTH HIRE

INDICTMENT

3